No. D–1648. IN RE DISBARMENT OF SWANO. William Allen Swano, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1649. IN RE DISBARMENT OF STIGLER. David D. Stigler, of Fort Worth, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1650. IN RE DISBARMENT OF GERDEMAN. James M. Gerdeman, of Lubbock, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1651. IN RE DISBARMENT OF PIPER. James Patrick Piper, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1652. IN RE DISBARMENT OF ALLEN. James Trueman Allen, of El Paso, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1653. IN RE DISBARMENT OF BASTINE. Volly C. Bastine, Jr., of Houston, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1654. IN RE DISBARMENT OF KELLEHER. James J. Kelleher, of East Northport, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–40. DAVIS v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY;